In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-418 CV


____________________



RUTH PINNER AND TOM PINNER, Appellants



V.



DONALD RAY EDGERMAN, ROBERT ACREMAN,


AND JACQUELINE ACREMAN, Appellees






On Appeal from the 1st District Court


Newton County, Texas


Trial Cause No. 12300






MEMORANDUM OPINION


 The appellants, Ruth Pinner and Tom Pinner, filed a motion to dismiss this appeal. 
The Court finds that this motion is voluntarily made by the appellant prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 HOLLIS HORTON

 Justice

Opinion Delivered November 30, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.